**Pursuant to Ind. Appellate Rule 65(D), this Memorandum Decision shall not be regarded as precedent or cited before any court except for the purpose of establishing the defense of res judicata, collateral estoppel, or the law of the case.**



FILED

Aug 27 2014, 9:23 am

CLERK
of the supreme court,
court of appeals and
tax court

ATTORNEY FOR APPELLANT:

**TIMOTHY J. O'CONNOR**
Indianapolis, Indiana

ATTORNEYS FOR APPELLEE:

**GREGORY F. ZOELLER**
Attorney General of Indiana

**MONIKA PREKOPA TALBOT**
Deputy Attorney General
Indianapolis, Indiana

# IN THE
# COURT OF APPEALS OF INDIANA

LATOYA C. LEE,                    )
                                  )
    Appellant-Defendant,          )
                                  )
        vs.                       )        No.  49A02-1310-CR-867
                                  )
STATE OF INDIANA,                 )
                                  )
    Appellee-Plaintiff.           )

APPEAL FROM THE MARION SUPERIOR COURT
The Honorable Grant W. Hawkins, Judge
Cause No. 49G05-1209-MR-62638

**August 27, 2014**

**MEMORANDUM DECISION ON REHEARING – NOT FOR PUBLICATION**

**BAKER, Judge**

Latoya Lee seeks rehearing following our memorandum opinion in <u>Lee v. State</u>, No. 49A02–1310–CR–867, slip op. (Ind. Ct. App. June 10, 2014), arguing that we should reverse our decision in light of the determination of another panel of this court in <u>Young v. State</u>, No. 49A02–1310–CR–868, slip op. (Ind. Ct. App. June 12, 2014). Lee and Young were co-defendants, and both appealed a conviction for attempted aggravated battery. In <u>Young</u>, a panel of this Court determined that the charging instrument had not given Young fair notice of his conviction. <u>Id.</u> We grant rehearing to acknowledge our awareness of the decision in <u>Young</u> but decline to reverse our earlier decision in <u>Lee</u>, as Lee did not raise any issue concerning the charging information on appeal.

BARNES, J., and CRONE, J., concur.